Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC, a California Corporation; MEETU MAGIC, INC., New York Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV14-3016 R (JCx)<br>*Honorable Manuel L. Real Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and
2. The parties will each bear their own costs and fees as incurred against one another.

SO ORDERED.

Date: November 21, 2014          By: _____
                                        Hon. Manuel L. Real
                                        U.S. District Court Judge

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)